**Maria Prior PEREIRA, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 2013–5149.

United States Court of Appeals, Federal Circuit.

Jan. 10, 2014.

Maria Prior Pereira, of Washington, DC, pro se.

Jessica R. Toplin, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC for defendant-appellee. With her on the brief were Stuart F. Delery, Assistant Attorney General, Bryant G. Snee, Acting Director, and Steven J. Gillingham, Assistant Director.

DYK, MOORE, and WALLACH, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED AND ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.